# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
|---|---|
| Steven Alexander,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-01783-PHX DGC<br><br>**ORDER** |
| Pamela Atchison,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-00868-PHX DGC<br><br>**ORDER** |
| Mary Bailey,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-01737-PHX DGC<br><br>**ORDER** |
| Sharon Blank,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-00780-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Michael Bledsoe,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-00798-PHX DGC<br><br>**ORDER** |
| Kevin Braden,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-00047-PHX DGC<br><br>**ORDER** |
| Jamie Buchen,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01304-PHX DGC<br><br>**ORDER** |
| Seanvon Butler,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01683-PHX DGC<br><br>**ORDER** |
| Luis Campana,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-01736-PHX DGC<br><br>**ORDER** |
| Candi Carroll,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-04606-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Betty Chandler,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV17-00709-PHX DGC<br><br>**ORDER** |
| Lucille Conner,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV17-00545-PHX DGC<br><br>**ORDER** |
| Leon Cook,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV19-00873-PHX DGC<br><br>**ORDER** |
| Jeffrey Curtis,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV18-00101-PHX DGC<br><br>**ORDER** |
| Annette Cyrus,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV19-00757-PHX DGC<br><br>**ORDER** |
| Maria Durham,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV19-00998-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Brianne Emrich,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03668-PHX DGC<br><br>**ORDER** |
| Paige Forth,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-04250-PHX DGC<br><br>**ORDER** |
| Elizabeth Foster,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-02443-PHX DGC<br><br>**ORDER** |
| Daniel Godsell,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-02091-PHX DGC<br><br>**ORDER** |
| Vevie Graham,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03158-PHX DGC<br><br>**ORDER** |
| Elizabeth Grimaldo,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01123-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Carolyn Henderson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-00155-PHX DGC<br><br>**ORDER** |
| Judy Hill,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-04107-PHX DGC<br><br>**ORDER** |
| Donald Isidori,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-00217-PHX DGC<br><br>**ORDER** |
| Michael James,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01550-PHX DGC<br><br>**ORDER** |
| Michael Jones,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03013-PHX DGC<br><br>**ORDER** |
| Willie Jordan,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02210-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jessica Lawson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03667-PHX DGC<br><br>**ORDER** |
| Randy Lough,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-00859-PHX DGC<br><br>**ORDER** |
| Richard Manard,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-01739-PHX DGC<br><br>**ORDER** |
| Charles Martin,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00871-PHX DGC<br><br>**ORDER** |
| Virginia Menken,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-00050-PHX DGC<br><br>**ORDER** |
| George Mitchell,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-00231-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kathy Mobley,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-00975-PHX DGC<br><br>**ORDER** |
| Chris Patton,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-00472-PHX DGC<br><br>**ORDER** |
| Kevin Peterson,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-02554-PHX DGC<br><br>**ORDER** |
| Henry Price III,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03666-PHX DGC<br><br>**ORDER** |
| Charles Scott,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-00569-PHX DGC<br><br>**ORDER** |
| Carolyn Smith,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-04324-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Latonya Smith,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-04031-PHX DGC<br><br>**ORDER** |
| Courtney Starnes,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-00278-PHX DGC<br><br>**ORDER** |
| Donna Stewart,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-00853-PHX DGC<br><br>**ORDER** |
| Rodney Sutton,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-02208-PHX DGC<br><br>**ORDER** |
| Willard Taggart,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04216-PHX DGC<br><br>**ORDER** |
| Stephanie Williams,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00842-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Carolyn Wilson,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-04345-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21014.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21014) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 17th day of December, 2019.

*David G. Campbell*
_____
David G. Campbell
Senior United States District Judge